USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___10/1/24___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------- X
LISA PALENCIA,                                                             :
                                                                          :
                                              Plaintiff,                  :
                                                                          :
                    -against-                                             :
                                                                          :
THE MUSEUM OF MODERN ART and KNINDUSTRIE                                   :
SRL,                                                                      :
                                                                          :
                                              Defendants.                 :
------------------------------------------------------------------------- :
THE MUSEUM OF MODERN ART,                                                 :
                                                                          :
                                    Third-Party Plaintiff,                :
                                                                          :
                    -against-                                             :
                                                                          :
KNINDUSTRIE SRL,                                                          :
                                                                          :      24-CV-4096 (VEC)
                                    Third-Party Defendant,                :
                                                                          :          ORDER
------------------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on May 29, 2024, Plaintiff filed this action against The Museum of Modern

Art, *see* Compl., Dkt. 1;

　　WHEREAS on August 8, 2024, The Museum of Modern Art answered the Complaint,

*see* Answer, Dkt. 13;

　　WHEREAS on August 9, 2024, the Court issued the Civil Case Management Plan and

Order, which provided that no amendments to the pleadings be made or additional parties be

joined to the matter after September 30, 2024, without leave of the Court, *see* Dkt. 17;

　　WHEREAS on August 22, 2024, The Museum of Modern Art filed a Third-Party

Complaint against knIndustrie SRL, *see* Dkt. 18;

WHEREAS on September 30, 2024, Plaintiff filed an Amended Complaint against The Museum of Modern Art and added knIndustrie SRL as a party Defendant, *see* Dkt. 30;

WHEREAS Rule 15 of the Federal Rules of Civil Procedure provides that a "party may amend its pleading once as a matter of course," Fed. R. Civ. P. 15(a)(1), and Plaintiff amended the Complaint on September 30, 2024, within the guidelines specified in the Civil Case Management Plan and Order, *see* Dkt. 17; and

WHEREAS Plaintiff did not comply with Rule 4(E)(i) of the Undersigned's Individual Practices in Civil Cases, which requires the Plaintiff to file a redlined version of the Amended Complaint comparing the revisions made to the prior version of the pleading;

IT IS HEREBY ORDERED that by not later than **October 2, 2024**, Plaintiff must file a redlined version of the Amended Complaint, comparing it to the Complaint, as an exhibit to the Amended Complaint.

**SO ORDERED.**

**Date:  October 1, 2024**
**          New York, New York**                                    **VALERIE CAPRONI**
                                                                            **United States District Judge**

2